United States Court of Appeals
Fifth Circuit

**F I L E D**

April 4, 2006

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

No. 05-50488

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAFAEL ALVARADO-FAVELA; WILFREDO RAMOS; ORLANDO HERNANDEZ,

Defendants - Appellants.

**Appeal from the United States District Court
for the Western District of Texas
(3:04-CR-478-1-FM)**

Before KING, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

   ***AFFIRMED***.   *See* 5TH CIR. R. 47.6.

---

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.